May Term, 1834.

BUTLER
v.
SKOMP.

---

## BUTLER and Another *v.* SKOMP, in Error.

Saturday, June 7.

AN appeal from the judgment of a justice of the peace to the Circuit Court will be dismissed, if the transcript of the justice's proceedings be not filed in the clerk's office, within twenty days after the filing of the appeal-bond with the justice. *Brown* v. *Modisett*, ante, p. 381.